In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-088 CR


____________________



KATHERINE EDITH BURGESS, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 252nd District Court


Jefferson County, Texas


Trial Cause No. 91120






 MEMORANDUM OPINION


 Appellant, Katherine Edith Burgess, filed a motion to withdraw her appeal pursuant
to Tex. R. App. P. 42.2. The motion is signed by appellant personally, acting pro se after
counsel filed a brief which certifies that counsel could find no arguable error upon which to
base an appeal. No opinion has issued in this appeal.

 The motion to withdraw as counsel is GRANTED. Katherine Edith Burgess is
enrolled pro se. It is further ORDERED that the motion to withdraw notice of appeal is
GRANTED, and the appeal is therefore DISMISSED. The Clerk of the Court shall forward
a duplicate copy of this Order to the clerk of the court in which the notice of appeal was filed. 
 APPEAL DISMISSED.


 ___________________________

 HOLLIS HORTON

 Justice 


Opinion Delivered June 25, 2008

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.